IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS
ADC #114556                                                    PLAINTIFF

v.                    No. 5:17-cv-91-DPM-JTR

STEVEN STRINGFELLOW, Dr.; and
ARTHUR BROWN, Corporal, Cummins Unit            DEFENDANTS

## ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Earls's motion for preliminary injunctive relief, № 18, is denied. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017