# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACOB THOMAS EARLS
ADC #114556                                                              PLAINTIFF

v.                          No. 5:17-cv-91-DPM

STEVEN STRINGFELLOW, Dr.;   and
ARTHUR BROWN, Corporal, Cummins Unit              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 50, as corrected and mostly overrules Earls's objections, № 51. FED. R. CIV. P. 72(b)(3). The correction: page ten of the recommendation should refer to Dr. Stringfellow, not Dr. Strickland. The delay in treatment that Earl experienced is regrettable and unfortunate; but Brown and Strickland weren't deliberately indifferent within the meaning of the law. Their respective motions for summary judgment, № 25 & № 34, are therefore granted. Earls's claims against them will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2018