IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS
ADC #114556                                               PLAINTIFF

v.                     No. 5:17-cv-91-DPM

STEVEN STRINGFELLOW, Dr.;   and
ARTHUR BROWN, Corporal, Cummins Unit         DEFENDANTS

## JUDGMENT

Earls's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

21 August 2018